No. 85–792. INTERSTATE COMMERCE COMMISSION v. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.; and

No. 85–793. MISSOURI-KANSAS-TEXAS RAILROAD CO. v. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. C. A. D. C. Cir. [Certiorari granted, 475 U. S. 1081.] Motion of respondents Brotherhood of Locomotive Engineers et al. for divided argument granted.

No. 85–1180. MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. v. KEENE. D. C. E. D. Cal. [Probable jurisdiction noted, 475 U. S. 1117.] Motion of Washington Legal Foundation et al. for leave to file a brief as amici curiae granted.

No. 85–1513. EDWARDS, GOVERNOR OF LOUISIANA, ET AL. v. AGUILLARD ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 476 U. S. 1103.] Motion of appellants for divided argument denied.

No. 85–5221. GRIFFITH v. KENTUCKY. Sup. Ct. Ky. [Certiorari granted, 476 U. S. 1157.] Motion of petitioner to reschedule oral argument denied.

No. 85–5915. WRIGHT ET AL. v. CITY OF ROANOKE REDEVELOPMENT AND HOUSING AUTHORITY. C. A. 4th Cir. [Certiorari granted, 474 U. S. 1081.] Motion of National Association of Housing and Redevelopment Officials et al. for leave to file a brief as amici curiae out of time denied.

No. 85–6461. MARTIN v. OHIO. Sup. Ct. Ohio. [Certiorari granted, 475 U. S. 1119.] Motion of Ohio Public Defender Commission for leave to file a brief as amicus curiae granted. Motion of Ohio Public Defender Commission for leave to participate in oral argument as amicus curiae and for divided argument denied.

No. 84–2015. MACDONALD, SOMMER & FRATES v. COUNTY OF YOLO ET AL., 477 U. S. 340;

No. 85–162. NEW MEXICO v. EARNEST, 477 U. S. 648;

No. 85–1225. BAKER v. WADE, DISTRICT ATTORNEY OF DALLAS COUNTY, TEXAS, ET AL., ante, p. 1022;

No. 85–1317. TUCKER v. UNITED STATES, ante, p. 1022; and

No. 85–1380. WOODHOUSE v. UNITED STATES BUREAU OF INDIAN AFFAIRS ET AL., 476 U. S. 1181. Petitions for rehearing denied.